IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONDALD RAY THOMPSON; and
RACHEL ANN THOMPSON,

Plaintiff,

v.

DESCHUTES COUNTY PLANNERS, et al.

Defendants.

Civ. No. 6:21-cv-1296-MK

JUDGMENT

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections,[1] the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#19) is adopted. This action is DISMISSED.

IT IS SO ORDERED.

DATED this 23rd of February, 2023.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

---

[1] Plaintiffs filed a brief stating that they had no objection to the F&R. ECF No. 21.

1 – JUDGMENT